UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

CASE NO. 1:25mc179

DEREK A. HENDERSON, Trustee for
the estate of Castlerock Properties, LLC

      Plaintiff,

v.

GLOBAL MERCHANT CASH, INC.

      Defendant.
_____/

## WRIT OF GARNISHMENT

**THE STATE OF NEW YORK:**

**To Each Sheriff of the State:**

    **YOU ARE HEREBY COMMANDED** to summon garnishee Israel Discount Bank of New York, 1114 Avenue of the Americas, New York, NY 10036, or by serving an officer at any branch, to serve an answer to this writ on Jones Walker LLP; 11 N. Water St., Ste. 1200; Mobile, Alabama 36602 (*tshaw@joneswalker.com*), within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to the defendant **Global Merchant Cash, Inc.** at the time of the answer or was indebted at the time of service of the writ, plus sufficient time not to exceed one (1) business day for the garnishee to act expeditiously on the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the judgment debtor(s) the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between

#103978229v1

such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the defendant. The amount set forth in the plaintiff's motion is $108,382.40 plus interest at the statutory rate since January 14, 2022.

```
The Clerk of Court is directed to terminate the pending motion
at docket entry 4.

Dated:     June 16, 2025            SO ORDERED.
           New York, New York
```

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

#103978229v1