# CARTER LEDYARD MILBURN

**JACOB H. NEMON**
Partner
nemon@clm.com

28 Liberty Street
New York, NY 10005
D / 212-238-8728

October 21, 2025



**BY ECF FILING**
Hon. Katherine Polk Failla, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

> Re:   **Derek A. Henderson v. Global Merchant Cash, Inc., Case No. 1:25-mc-00179-KPF; Motion to Withdraw Request for Settlement Conference**

Dear Judge Failla:

Defendant Global Merchant Cash, Inc. ("Defendant") respectfully moves to withdraw its request for a settlement conference (DN10), which was scheduled for October 23, 2025 (DN11).

Defendant attempted to negotiate settlement directly with Jones Walker LLP, counsel for the assignee of the out-of-district default judgment entered on January 14, 2022 ("Default Judgment") in *Derek A. Henderson, Trustee for the Estate of Castlerock Properties, LLC v. Global Merchant Cash, Inc.*, Bankr. S.D. Miss. Adv. Pro. No. 21-00011.  Unfortunately, the settlement efforts were unsuccessful.  Defendant has now paid to engage counsel in Mississippi to move to vacate the Default Judgment, and as a result, the undersigned no longer has settlement authority.

The motion to vacate the Default Judgment was filed and is scheduled for a hearing before the bankruptcy court on November 17, 2025.  Copies of the notice of hearing and motion papers are annexed as **Exhibits A and B**.  Defendant respectfully requests that this Court hold in abeyance the two applications for writs of garnishment, until the bankruptcy court issues an order deciding the motion to vacate.  This best serves the interests of justice, judicial efficiency and conservation of resources since they would need to be vacated and all monies attached paid in restitution back to Defendant once the Default Judgment is vacated.  Defendant will promptly notify the Court when an order is entered by the bankruptcy court.

Defendant apologizes for any inconvenience and thanks the Court for its courtesies in this matter.

> Respectfully submitted,
>
> */s/ Jacob H. Nemon*
>
> Jacob H. Nemon

Cc:  All Counsel of Record by ECF Filing

Application GRANTED. The Court will hold in abeyance Plaintiff's two applications for writs of garnishment. (*See* Dkt. #7, 8). The conference scheduled for October 23, 2025, is ADJOURNED *sine die*. Defendant is directed to notify the Court of any substantial developments in the above-described Southern District of Mississippi bankruptcy case within one week of their occurring.

Dated:     October 21, 2025          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE